IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

PERSILANNA HAMILTON,

      Defendant.

_____

Civ. No. 1:19-cv-00219-CL

ORDER

MCSHANE, Judge:

      Magistrate Judge Mark D. Clarke filed a Findings and Recommendation (ECF No. 19), and the matter is now before the Court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although Defendant did not file an objection, the Court reviews *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1988). The Court finds no error and concludes the report is correct. Magistrate Judge Clarke's Findings and Recommendation (ECF No. 19) is adopted in full.

      Plaintiff's motion for default judgment (ECF No. 17) is GRANTED and Plaintiff is awarded $61,178.95 in damages.

IT IS SO ORDERED.

      DATED this 30th day of April, 2020.

_____*/s/ Michael J. McShane*_____
Michael McShane
United States District Judge

1 – ORDER